**DISMISS; and Opinion Filed November 2, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00775-CV

## IN THE INTEREST OF D.P.B AND D.Z.B., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-05-12682**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Brown, and Schenck
Opinion by Justice Lang-Miers

Appellant has filed a motion stating she has elected to dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

150775F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF D.P.B AND D.Z.B., CHILDREN

No. 05-15-00775-CV

On Appeal from the 255th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-05-12682.
Opinion delivered by Justice Lang-Miers.
Justices Brown and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Derrick Battie recover his costs, if any, of this appeal from appellant Yanika M. Daniels.

Judgment entered this 2nd day of November, 2015.